JULIE A. DUNNE (Bar No. CA-160544)
julie.dunne@us.dlapiper.com
MATTHEW RILEY (Bar No. CA-257643)
matthew.riley@us.dlapiper.com
ALBERTO CORONA (Bar No. CA-339906)
alberto.corona@us.dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Tel:   619.699.2700
Fax:  619.699.2701

Attorneys for Defendant
TARGET CORPORATION

Norman B. Blumenthal (Bar No. CA-068687)
Kyle R. Nordrehaug (Bar No. CA-205975)
Aparajit Bhowmik (Bar No. CA-248066)
Piya Mukherjee (Bar No. CA-274217)
Victoria Rivapalacio (Bar No. CA-275115)
Charlotte James (Bar No. CA-308441)
**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
2255 Calle Clara
La Jolla, CA 92037
Tel:   858.367.9913
Fax:  858.551.1232
Website:  www.bamlawca.com

Attorneys for Plaintiff
ALICIA TORRES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA TORRES,<br><br>                       Plaintiff,<br><br>        v.<br><br>TARGET CORPORATION,<br><br>                       Defendants. | Case No. 2:22-cv-05084-JLS-PVC<br><br>**STIPULATION TO REASSIGN CASE TO JUDGE JESUS BERNAL**<br><br>*Filed concurrently herewith: [Proposed] Order*<br><br>Complaint Filed:  March 17, 2022 |

1. Plaintiff Alicia Torres ("Plaintiff") and Defendant Target Corporation ("Target") (collectively, "the Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a class action complaint against Target in the Superior Court of the State of California, County of Sacramento;

WHEREAS, Target removed the case from the Sacramento County Superior Court to the Eastern District of California under the Class Action Fairness Act;

WHEREAS, Target filed a motion to transfer venue of Plaintiff's class action complaint from the Eastern District of California to the Central District of California, in part so that Plaintiff's class action complaint could be consolidated with a previously-filed class action pending before the Honorable Jesus Bernal in the Central District of California titled *Gustavo Medina, et al. v. Target Corporation*, Case No. 5:22-cv-00805-JGB-SHK (the "*Medina* Class Action");

WHEREAS, Target previously filed a notice of related cases in this action identifying the *Medina* Class Action as a related case (*see* ECF No. 12);

WHEREAS, following the filing of Target's motion, Plaintiff stipulated that her class action should be transferred to the Central District of California;

WHEREAS, on July 26, 2022, the Honorable Troy L. Nunley signed an order transferring Plaintiff's class action from the Eastern District of California to the Central District of California;

WHEREAS, when Plaintiff's class action was transferred to the Central District of California it was assigned to the Honorable Josephine L. Staton; and

WHERES, the Parties agree Plaintiff's class action should be re-assigned to the Honorable Jesus Bernal so that it may ultimately be consolidated with the first-filed *Medina* Class Action,

/ / / /

/ / / /

/ / / /

...

THEREFORE, the Parties stipulate and agree that this action should be re-assigned from Judge Josephine Staton to Judge Jesus Bernal.

**IT IS SO STIPULATED.**

Dated:  August 18, 2022                                              **DLA PIPER LLP (US)**

                                                                             By:   */s/ Matthew Riley*
                                                                                       MATTHEW RILEY

                                                                             Attorneys for Defendant
                                                                             TARGET CORPORATION

Dated:  August 18, 2022                                              **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**

                                                                             By:   */s/ Piya Mukherjee*
                                                                                       PIYA MUKHERJEE

                                                                             Attorneys for Plaintiff
                                                                             ALICIA TORRES

## SIGNATURE CERTIFICATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from the other signatory shown above and that all signatories have authorized placement of their electronic signature on this document.

                                                                             */s/ Matthew Riley*
                                                                             Matthew Riley

WEST\299738793.2

2
STIPULATION TO REASSIGN CASE TO JUDGE JESUS BERNAL
Case No. 2:22-cv-05084-PLS-PVC