# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alicia Torres | CASE NUMBER |
| v.     PLAINTIFF(S) | 2:22-cv-05084 JLS(PVCx) |
| Target Corp. | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

__August 31, 2022__  
Date

Jesus G. Bernal  
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____  
Date

_____  
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __5:22-cv-00805 JGB(SHKx)__ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Castillo__ to Magistrate Judge __Kewalramani__.

On all documents subsequently filed in this case, please substitute the initials __JGB(SHKx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:22-cv-05084 JGB(SHKx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*  [ ] *Statistics Clerk*

CV-34 (03/21)     **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)**